IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RAMON HOSEA MCGRAW,                                                                         PLAINTIFF
ADC #142102

v.                                        1:14CV00094-JM-JTK

A. WEEKLY, et al.                                                         DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff McGraw's Motion to Proceed In Forma Pauperis (Doc. No. 4) is DENIED.

2. Should Plaintiff wish to continue this case, he must submit the statutory filing fee of $400.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3. Plaintiff's Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 15th day of September, 2014.

                                                                                    JAMES M. MOODY, JR.
                                                                     UNITED STATES DISTRICT JUDGE